454 A.2d 12

**COMMONWEALTH of Pennsylvania**

v.

**Robert LUCKENBACH, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 22, 1982.

Decided Dec. 31, 1982.

Filed Jan. 13, 1983.

Philip D. Lauer, Easton, for appellant.

James J. Narlesky, Asst. Dist. Atty., for appellee.

530

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.